Dale C. Campbell, State Bar No. 99173
Josh H. Escovedo, State Bar No. 284506
**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendants HCKUSA, Inc. dba Hyde & Vine
and Lewis Everk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| sbe LICENSING, LLC, | Case No. 1:17-cv-01043-DAD-SAB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFENDANTS HCKUSA, INC. AND LEWIS EVERK TO RESPOND TO COMPLAINT** |
| HCKUSA, INC. d/b/a HYDE & VINE; LEWIS EVERK; and DOES 1-10, | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure, rule 6, and Local Rule 144, plaintiff sbe Licensing, LLC ("Plaintiff") and defendants HCKUSA, Inc. and Lewis Everk ("Defendants"), by and through their respective attorneys of record, Benjamin S. Akley and Josh H. Escovedo, stipulate as follows:

1.      No extension of time has been previously obtained;

2.      Defendants are granted an extension, until October 3, 2017, to respond to Plaintiff's complaint; and

3.      Defendants' response will be due no later than October 3, 2017.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated: September 5, 2017

**WEINTRAUB TOBIN** CHEDIAK COLEMAN GRODIN
Law Corporation

By:   /s/ Josh H. Escovedo

Josh H. Escovedo
State Bar No. 284506

Attorneys for Defendants HCKUSA, Inc. and Lewis Everk

Dated: September 5, 2017

**PRYOR CASHMAN LLP**

By:   /s/ Benjamin S. Akley

Benjamin S. Akley
State Bar No. 278506

Attorneys for Plaintiff sbe Licensing, LLC

### ORDER

Pursuant to stipulation of the parties under Local Rule 6-144,

IT IS HEREBY ORDERED that defendants HCKUSA, Inc. and Lewis Everk are granted an extension of up to and including October 3, 2017, to file their response to the complaint in this matter.

IT IS SO ORDERED.

Dated:   **September 6, 2017**

UNITED STATES MAGISTRATE JUDGE