# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SBE LICENSING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HCKUSA, INC., et al.,<br><br>    Defendants. | Case No. 1:17-cv-01043-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 11)<br><br>FIVE DAY DEADLINE |

Plaintiff sbe Licensing, LLC filed this trademark action on August 4, 2017, against Defendants HCKUSA, Inc. and Lewis Everk ("Defendants"). (ECF No. 1.) On September 6, 2017, an order issued granting the parties stipulation to extend time for Defendants to respond to the complaint until October 3, 2017. The time for Defendants to respond to the complaint has passed and no responsive pleading has been filed in compliance with the September 6, 2017 order, nor has Plaintiff filed a request for entry of default.

Accordingly, IT IS HEREBY ORDERED that within five days of the date of entry of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute. Plaintiff is advised that failure to file a response in compliance with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **October 13, 2017**

                                            UNITED STATES MAGISTRATE JUDGE

1