# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SBE LICENSING, LLC, | Case No. 1:17-cv-01043-DAD-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND CONTINUING SCHEDULING CONFERENCE |
| v. | |
| HCKUSA, INC., et al., | (ECF Nos. 12, 13) |
| Defendants. | |

On September 6, 2017, the Court granted the parties stipulation to extend time to October 3, 2017, for Defendants to file an answer to the complaint. (ECF No. 11.) No answer or further stipulation was filed by October 3, 2017. On October 13, 2017, an order was filed requiring Plaintiff to show cause why this action should not be dismissed for failure to prosecute. (ECF No. 12.) On October 17, 2017, Plaintiff filed a response stating that the parties have reached settlement in principle and expect to file a notice of settlement soon.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 17, 2017 order to show cause is DISCHARGED;
2. Plaintiff shall file a notice of dismissal or Defendants shall file a responsive pleading on or before November 30, 2017;
3. The scheduling conference set for November 9, 2017 at 9:00 a.m. is CONTINUED to December 19, 2017, at 2:30 p.m. in Courtroom 9;

1

4. A joint scheduling report shall be filed one week prior to the scheduling conference; and

5. Failure to comply with this order may result in the issuance of sanctions up to and including terminating sanctions.

IT IS SO ORDERED.

Dated: **October 18, 2017**

_____
UNITED STATES MAGISTRATE JUDGE